ENTER / JS-6

FILED
CLERK, U.S. DISTRICT COURT
APR - 1 2009
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re JOSEPH ALLEN LEPORE, <br> Petitioner. | Case No. CV 08-5779 DDP (AN) <br> JUDGMENT |

IT IS HEREBY ADJUDGED THAT this action is dismissed for lack of jurisdiction for the reasons stated in the related Order.

DATED: April 1, 2009

_____
DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
APR - 2 2009
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY